**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

| **UNITED STATES BANKRUPTCY COURT** | **Central District Of California** |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on February 25, 2008.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Matthew L Brown<br>249 Calle Villario<br>San Clemente, CA 92672 | **Case Number:**<br><br>**8:08–bk–10879–RK** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor: aka Matthew Brown, aka Matt Brown<br><br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–1014 |
| Attorney for Debtor(s) (name and address):<br>Dan Reising<br>27345 Ortega Hwy Ste 200<br>San Juan Capistr, CA 92675<br>Telephone number: 949–496–8101 | Bankruptcy Trustee (name and address):<br>Thomas H Casey<br>22342 Avenida Empresa, Suite 260<br>Rancho Santa Margarita, CA 92688<br>Telephone number: (949) 766–8787 |

### Meeting of Creditors

Date: **March 31, 2008**    Time: **10:00 AM**
Location: **411 W Fourth St., Room 3–110, Santa Ana, CA 92701**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor** *or* **to Determine Dischargeability of Certain Debts: May 30, 2008**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593<br>Telephone number: 714–338–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open: 9:00 AM – 4:00 PM | Date: February 25, 2008 |
| **(Form rev. 12/07:341–B9A)** | /TSH |

**EXPLANATIONS**  B9A (Official Form 9A)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 15 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 15 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

−− **Refer to Other Side for Important Deadlines and Notices** −−

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

bk-10879-RK   Doc 5   Filed 02/27/08   Entered 02/27/08 22:26:34   Desc
Imaged Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0973-8              User: tshimizuC              Page 1 of 1              Date Rcvd: Feb 25, 2008
Case: 08-10879                    Form ID: b9a                 Total Served: 24
```

The following entities were served by first class mail on Feb 27, 2008.
```
db           +Matthew L Brown,   249 Calle Villario,    San Clemente, CA 92672-2130
aty          +Dan Reising,   27345 Ortega Hwy Ste 200,    San Juan Capistr, CA 92675-6779
tr           +Thomas H Casey,   22342 Avenida Empresa, Suite 260,    Rancho Santa Margarita, CA 92688-2141
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
ust          +United States Trustee (SA),   411 W Fourth St., Suite 9041,    Santa Ana, CA 92701-8000
19927230     +ALLIED WASTE SERVICES,   PO BOX 79059,    PHOENIX AZ 85062-9059
19927231     +BANKRUPTCY REPORTING CONTACT,   CHILD SUPPORT ENFORCEMENT,    1575 SHERMAN ST 5TH FLOOR,
               DENVER CO 80203-1702
19927232      CHILD SUPPORT ENFORCEMENT,   DEPT OF HUMAN SERVICES,    1575 SHERMAN ST5TH FLOOR,
               DENVER CO  80203
19927233     +CITI CARDS,   PO BOX 6414,    THE LAKES NV 88901-6414
19927234     +CREDIT COLLECTION SERVICES,   PO BOX 9134,    NEEDHAM HEIGHTS MA 02494-9134
19927227     +DAN REISING,   ATTORNEY AT LAW,    27345 ORTEGA HIGHWAY STE 200,    SAN JUAN CAPISTR CA 92675-6779
19927235     +FARMERS INSURANCE GROUP,   PO BOX 9134,    NEEDHAM HEIGHTS MA 02494-9134
19927239      IRS,   INSOLVENCY GRP 1 MAILSTOP 5501,    2400 AVILA ROAD,    LAGUNA NIGUEL CA  92677
19927241     +SATURN SYSTEMS,   PO BOX 482,    BAILEY CO 80421-0482
19927242     +SPACE AGE FEDERAL CREDIT UNION,   PO BOX 440080,    AURORA CO 80044-0080
19927243     +STATE BOARD OF EQUALIZATION,   PO BOX 12040,    28 CIVIC CENTER PLAZA,    SANTA ANA CA 92701-4024
19927244     +UNICORN FINANCIAL,   PO BOX 7030,    MCSA AZ 85216-7030
19927228     +UNITED STATES TRUSTEE,   CENTRAL DISTRICT OF CALIFORNIA,    RONALD REAGAN FEDERAL BUILDING,
               411 WEST FOURTH STREET 90441,    SANTA ANA CA 92701-4500
19927246     +XCEL ENERGY,   PO BOX 8,    EAU CLAIRE WI 54702-0008
```

The following entities were served by electronic transmission on Feb 26, 2008.
```
tr           +EDI: QTHCASEY.COM Feb 26 2008 02:53:00      Thomas H Casey,   22342 Avenida Empresa, Suite 260,
               Rancho Santa Margarita, CA 92688-2141
smg           EDI: CALTAX.COM Feb 26 2008 02:54:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA  95812-2952
19927234     +EDI: CCS.COM Feb 26 2008 02:53:00      CREDIT COLLECTION SERVICES,   PO BOX 9134,
               NEEDHAM HEIGHTS MA 02494-9134
19927236     +EDI: CALTAX.COM Feb 26 2008 02:54:00      FRANCHISE TAX BOARD,   PO BOX 942867,
               SACRAMENTO CA 94267-0001
19927237     +EDI: HFC.COM Feb 26 2008 02:53:00      HSBC/MS,   PO BOX 9068,   BRANDON FL 33509-9068
19927238      EDI: IRS.COM Feb 26 2008 02:53:00      INTERNAL REVENUE SERVICE,   FRESNO CA  93888
19927245     +EDI: AFNIVZWIRE.COM Feb 26 2008 02:53:00      VERIZON WIRELESS,   PO BOX 96082,
               BELLEVUE WA 98009-9682
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19927229      ADAMS COUNTY CSE UNIT,   COURT CASE 08001-1-05DR002479,    STATE OF COLORADO
19927240      LYNETTE M BROWN,   ADDRESS UNKNOWN
19927226*    +MATTHEW L BROWN,   249 CALLE VILLARIO,    SAN CLEMENTE CA 92672-2130
                                                                                             TOTALS: 2, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2008**          **Signature:** _/s/ Joseph Speetjens_