Form B23 (Official Form 23) – (10/06)                                    2006 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re BROWN, MATTHEW | CHAPTER: 08-10879 |
| Debtor(s). | CASE NO.: 7 |

# DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

ORIGINAL

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

[X] I, MATTHEW BROWN _____, the debtor in the above-styled case, hereby
    *(Printed Name of Debtor)*

certify that on APRIL 8, 2008 _____, I completed an instructional course in personal financial management
    *(Date)*

provided by SPRINGBOARD NONPROFIT CREDIT _____, an approved personal financial management
    *(Name of Provider)*

provider.

   Certificate No.: 0478-CAC-DE-003745119 _____.

[ ] I, _____, the debtor in the above-styled case, hereby certify
    *(Printed Name of Debtor)*

that no personal financial management course is required because:

[Check the appropriate box.]:

[ ] Incapacity or disability, as defined in 11 U.S.C. § 109(h);

[ ] Active military duty in a military combat zone; or

[ ] Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

FILED

APR 15 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

Date April 10, 2008 _____        Signature _____
                                               MATTHEW L BROWN
                                               *Debtor*

*Instructions: Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.*

*Filing Deadlines: In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)*

CCD-B23

Certificate Number: 00478-CAC-DE-003745119

Bankruptcy Case Number: 08-10879

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 8, 2008 _____, at 5:31 _____ o'clock PM PDT _____.

Matthew Lorenz Brown _____ completed a course on personal financial

management given by interne and telephone _____ by

Springboard Nonprofit Consum r Credit Management, Inc. _____,

a provider approved pursuant o 11 U.S.C. § 111 to provide an instructional course concerning

personal financial manageme t in the Central District of California _____.

Date: April 8, 2008 _____    By    /s/Susan M Cusack _____

Name    Susan M Cusack _____

Title    Operations Manager _____